*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



## MEMORANDUM OPINION

No. 04-10-00929-CV

**MERCON DE NUEVO LAREDO, S.A., DE C.B.** and Marcos Alejandro,
Appellants

v.

**TOYOTA LIFT OF SOUTH TEXAS**,
Appellee

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2009-CVQ-001807-CI
Honorable Alvino (Ben) Morales, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  January 26, 2011

DISMISSED FOR LACK OF JURISDICTION

The trial court signed a final judgment on August 4, 2010.  Appellants filed a timely motion for new trial on September 3, 2010.  Therefore, the notice of appeal was due to be filed on November 2, 2010.  *See* TEX. R. APP. P. 26.1(a).  A motion for extension of time to file the notice of appeal was due on November 17, 2010.  *See* TEX. R. APP. P. 26.3.  Appellants filed a notice of appeal on January 3, 2011, and a motion for extension of time to file the notice of

appeal on December 30, 2010.  It thus appears that neither document was filed within the time allowed for filing a motion for extension of time to file the notice of appeal.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time.  *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26).  But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."  *Id*.  Accordingly, appellants' motion and this appeal are dismissed for lack of jurisdiction.

PER CURIAM